IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TERRY G. COX                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.  5:04CV311DCB-JCS

DOLAN WALLER, ET AL.                                          DEFENDANTS

---

### ORDER OF DISMISSAL

This cause is before the Court on the plaintiff's motion to dismiss voluntarily this action.

Because the defendant has already answered in this case, the Court will liberally construe this as a

voluntary motion to dismiss pursuant to Rule 41(a)(2).  Accordingly, the motion is granted, and this

action is dismissed without prejudice.

SO ORDERED, this the  10    day of February, 2006.

                                          s/ James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE